THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* FREDERICK W. WHITRIDGE, as Receiver of UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.

*People* v. *Whitridge*, 144 App. Div. 486, affirmed.
(Argued January 29, 1912; decided February 13, 1912.)

APPEAL from a judgment entered May 22, 1911, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division and directing judgment for defendant dismissing the complaint in an action under sections 56 and 59 of the Public Service Commissions Law to recover a penalty for failure to obey an order of the public service commission.

*Henry H. Whitman* and *George S. Coleman* for appellant.

*Joseph H. Choate, Jr.,* and *H. J. Bickford* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.